**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**CORWIN TEREZ HILL,**                                                       **PETITIONER**

**V.**                                                       **NO. 2:04CV350-B-B**

**DWIGHT PRESLEY, et al.,**                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 25th day of April, 2007.

                                                                          /s/ Neal Biggers

                                                             Neal B. Biggers
                                                             Senior U.S. District Judge